UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **GEORGE MARTIN** | ) |
| **Plaintiff,** | ) |
| | ) CASE NO.: 1:08-cv-000245-SEB-DML |
| **NATIONAL CITY BANK,** | ) |
| **Defendant.** | ) |

## STIPULATION FOR ADMINISTRATIVE CLOSURE

George Martin, Plaintiff, and National City Bank, Defendant, by counsel, stipulate and agree to the administrative closure of this cause, without prejudice, for a period of eighteen (18) months from the date of this Stipulation for Administrative Closure, with each party bearing his/its own attorney fees and costs.

Pursuant to the terms and conditions of their Stipulation for Settlement and Release of Claims ("Release"), the parties have agreed to administratively close this matter for a period of eighteen (18) months without prejudice to allow sufficient time for all compliance obligations to be satisfied. At the conclusion of the eighteen (18) month period, the parties will notify this Court and this matter shall be dismissed with prejudice.

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr. (19353-49)
GIBBONS JONES, P.C.
10401 N. Meridian St., Suite 300
Indianapolis, In 46290

/s/ Jane Suzanne Barbieri
Jane Suzanne Barbieri (18570-55-B)
National City Corporation
One National City Center, Suite 510E
Indianapolis, IN 46255